■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Adrian K. Coleman, Appellant█

The defendant has completed service of his sentence *(see, People v Ferguson,* 158 AD2d 712; *People v Skaar,* 97 AD2d 484; *see also, Matter of Gerald H.,* 158 AD2d 599). Mangano, P. J., Kunzeman, Harwood, Lawrence and Miller, JJ., concur.